## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**KAHLIA J. ENGLISH,**

      **Plaintiff,**

    **v.**

**JIM NEIL,** *et al.*,

      **Defendants.**

**Case No. 1:20-cv-884**

**JUDGE DOUGLAS R. COLE**
**Magistrate Judge Litkovitz**

## <u>ORDER</u>

Before the Court is Magistrate Judge Litkovitz's Report and Recommendation (R&R) (Doc. 79) advising the Court to grant Defendant Reed's Motion for Summary Judgment (Doc. 70). The time to object to the R&R has passed, and no party has done so, so the Court reviews the R&R for clear error. *See Williams v. Parikh*, ___ F. Supp.3d ___, 2023 WL 8824845, at *3 (S.D. Ohio 2023). After reviewing the factual background and the law, the Court concludes that Magistrate Judge Litkovitz did not clearly err in her R&R. The Court also concludes that no purpose would be served by a separate opinion further explaining why the thoughtful and well-reasoned R&R is correct in its determination.

The Court fully **ADOPTS** the R&R (Doc. 79) for the reasons stated in the Report. Accordingly, the Court (1) **GRANTS** Defendant Reed's Motion for Summary Judgment (Doc. 70), and (2) **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Court **DIRECTS** the Clerk to enter judgment and to **TERMINATE** this case on its docket.

**SO ORDERED.**

May 15, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**